```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Feb. 23, 2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAMOUS TARGET CORP., ET AL.,

                      **Plaintiffs,**

-against-

COSCO SHIPPING LINES CO., LTD., ET AL.,

                      **Defendants.**

1:21-cv-08859-ALC

**ORDER REQUESTING STATUS REPORT**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Answer from Defendant Cosco Shipping Lines Co., Ltd. ECF No. 8. The Parties shall file a joint status report regarding how they would like to proceed with this case no later than **Thursday, March 10, 2022**.

**SO ORDERED.**

**Dated:** Feb. 23, 2022
       New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**